THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual, | No. CV07-00222-RSM |
| | NOTICE OF APPEARANCE |
| Plaintiffs, | |
| v. | |
| APOLLO GROUP, INC., an Arizona corporation; UNIVERSITY OF PHOENIX, INC., an Arizona corporation; and JOHN DOES, I-X, | |
| Defendants. | |

PLEASE TAKE NOTICE that William C. Rava and Rebecca S. Engrav of

Perkins Coie, LLP, hereby enter their appearance as attorneys for defendants Apollo Group, Inc.

and University of Phoenix.

NOTICE OF APPEARANCE
(NO. CV07-0222-RSM) – 1
64471-0001/LEGAL13151377.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2    DATED: April 9, 2007                    s/ William C. Rava, WSBA No. 29948
3                                            WRava@perkinscoie.com
4                                            Rebecca S. Engrav, WSBA No. 33275
5                                            REngrav@perkinscoie.com
6                                            **Perkins Coie** LLP
7                                            1201 Third Avenue, Suite 4800
8                                            Seattle, WA 98101-3099
9                                            Telephone: 206.359.8000
10                                           Facsimile: 206.359.9000
11
12                                           Attorneys for Defendants
13                                           Apollo Group, Inc. and University of Phoenix
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

NOTICE OF APPEARANCE
(NO. CV07-0222-RSM) – 2
64471-0001/LEGAL13151377.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**CERTIFICATE OF SERVICE**

On April 9, 2007, I caused to be served upon counsel of record, at the address stated

below, via the method of service indicated, a true and correct copy of the following document:

*NOTICE OF APPEARANCE*

| | |
|---|---|
| Douglas E. McKinley | ___ Via hand delivery |
| LAW OFFICE OF DOUGLAS E. MCKINLEY, JR. | ___ Via U.S. Mail, 1st Class, |
| P.O. Box 202 | Postage Prepaid |
| Richland, WA 99352 | ___ Via Overnight Delivery |
| Email: doug@mckinleylaw.com | ___ Via Facsimile |
| *Attorneys for Plaintiffs* | **X** Via E-filing |

| | |
|---|---|
| Robert J. Siegel | ___ Via hand delivery |
| i.Justice Law PC | ___ Via U.S. Mail, 1st Class, |
| 1325 4th Avenue, Suite 940 | Postage Prepaid |
| Seattle, WA 98101-2509 | ___ Via Overnight Delivery |
| Email: bob@ijusticelaw.com | ___ Via Facsimile |
| *Attorneys for Plaintiffs* | **X** Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

DATED at Seattle, Washington, this 9th day of April, 2007.

*s/ William C. Rava*, WSBA No. 29948
WRava@perkinscoie.com
Rebecca S. Engrav, WSBA No. 33275
REngrav@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Apollo Group, Inc. and University of Phoenix

NOTICE OF APPEARANCE
(NO. CV07-0222-RSM) – 3
64471-0001/LEGAL13151377.1