UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS LLC, *et al.*,  )
                                 )
    Plaintiffs,               )
                                 )  CASE NO. C07-0222RSM
  v.                             )
                                 )
APOLLO GROUP INC., *et al.*,     )  ORDER OF TRANSFER
                                 )
    Defendants.               )
                                 )
_____  )

This matter is hereby transferred to the Honorable John C. Coughenour, Senior United States District Judge, as related to *Gordon, et al. v. Virtumundo Inc., et al.* (Case No. C06-0204JCC), *Omni Innovations LLC, et al. v. Smartbargains.com LP, et al.* (Case No. C06-1129JCC), *Omni Innovations LLC, et al. v. BMG Music Publishing NA Inc., et al.* (Case No. C06-1350JCC), and *Omni Innovations LLC, et al. v. Inviva Inc., et al.* (Case No. C06-1537JCC), for all future proceedings. All future filings shall contain the Case No. C07-0222JCC. The undersigned District Judge is no longer assigned to this case.

The Clerk shall direct a copy of this Order to Judge Coughenour, and to all counsel of record.

DATED this 2nd day of August, 2007.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 1