Douglas E. McKinley, Jr.  
PO Box 202  
Richland WA, 99352  
(509) 628-0809  

THE HON. JOHN C. COUGHENOUR

i.Justice Law, P.C.  
Robert J. Siegel  
PO Box 258217  
Seattle, WA 98165-1317  

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; JAMES S. GORDON, JR., a married individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**INVIVA, INC., a Kentucky and Delaware corporation, d/b/a American Life Direct, and American Life Insurance Co. of New York; and JOHN DOES, I-X,**<br><br>Defendants, | NO. CV-06-1537-JCC<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE DECLARATIONS UNDER SEAL**<br><br>NOTE FOR HEARING: AUG. 31, 2007 |

Pursuant to GR 2(g), the undersigned attorneys of record for Plaintiff herein, for good cause, move the Court for an order granting leave to withdraw as counsel. The facts supporting the good cause are submitted in the declarations of counsel submitted herewith, and which, subject to the Court's authorization, are filed under seal.

-1  
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**i.JUSTICE LAW, P.C.**  
1325 Fourth Ave., Suite 940  
Seattle, WA 98101  
Phone: 206-304-5400  
Fax: 206-624-0717

RESPECTFULLY SUBMITTED this 22ND day of August, 2007.

i.JUSTICE LAW, P.C.                           DOUGLAS E. MCKINLEY, JR
                                              Attorney at Law

/S/ Robert J. Siegel                          /S/ Douglas E. McKinley, Jr.
Robert J. Siegel, WSBA #17312                 Douglas E. McKinley, Jr., WSBA#20806
    Attorney for Plaintiffs                       Attorney for Plaintiffs

**Certificate of Service**

I, hereby, certify that on August 22, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves the Attorneys for Defendants:

I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

/s/ Robert J. Siegel
Robert J. Siegel

-2
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717