Douglas E. McKinley, Jr.  
PO Box 202  
Richland WA, 99352  
(509) 628-0809  

THE HON. JOHN C. COUGHENOUR

i.Justice Law, P.C.  
Robert J. Siegel  
PO Box 258217  
Seattle, WA 98165-1317  

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC**, a Washington Limited Liability company; **JAMES S. GORDON, JR.**, a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>**INVIVA, INC.**, a Kentucky and Delaware corporation, d/b/a **American Life Direct**, and **American Life Insurance Co. of New York**; and **JOHN DOES, I-X**,<br><br>Defendants, | NO. CV-06-1537-JCC<br><br>**[PROPOSED]**<br>**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE DECLARATIONS UNDER SEAL** |

The Court having considered the motion of plaintiff's counsel Robert J. Siegel, and Douglas E. McKinley to withdraw and to file declarations under seal, and supporting declarations, and having considered all responses thereto, and having been otherwise fully apprised, finds that there is good cause to grant leave for counsel to withdraw, which leave is hereby granted, AND FURTHER, counsel are authorized to file declarations under seal.

-1  
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**i.JUSTICE LAW, P.C.**  
1325 Fourth Ave., Suite 940  
Seattle, WA 98101  
Phone: 206-304-5400  
Fax: 206-624-0717

Dated this _____ day of September, 2007.

_____
THE HON. JOHN C. COUGHENOUR

RESPECTFULLY SUBMITTED this 22nd day of August, 2007.

| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR |
|---|---|
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA#20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

**Certificate of Service**

I, hereby, certify that on August 22, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves the following:
Attorneys for Defendants: Will Rava, Perkins Coie

I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

/s/ Robert J. Siegel_____
Robert J. Siegel

-2
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717