Douglas E. McKinley, Jr.  
PO Box 202  
Richland WA, 99352  
(509) 628-0809  

THE HON. JOHN C. COUGHENOUR

i.Justice Law, P.C.  
Robert J. Siegel  
PO Box 258217  
Seattle, WA 98165-1317  

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**<br><br>            **Plaintiffs,**<br>v.<br><br>**APOLLO GROUP, INC. an Arizona corporation; UNIVERSITY OF PHOENIX, INC., an Arizona corporation; and JOHN DOES, I-X,**<br><br>            **Defendants,** | **NO.** CV07-0222<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE DECLARATIONS UNDER SEAL**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 14, 2007** |

Plaintiff, by and through undersigned counsel, hereby moves the Court for an order staying this litigation pending Plaintiffs' appeal to the US Circuit Court of Appeals For the Ninth Circuit in *Gordon v Virtumundo, et al.*, CV06-0204.

Plaintiffs have filed an appeal to the US Court of Appeals for the Ninth Circuit in

MOTION FOR A STAY -1  
<u>GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.</u>

**i.Justice Law, PC**  
**1325 Fourth Ave., Suite 940**  
**Seattle, WA 98101**  
**Phone: 206-304-5400**  
**Fax: 206-624-0717**

*Virtumundo*. Although some of the factual issues in the present case differ from those in *Virtumundo,* the fundamental issue of Plaintiffs' standing is common, and critical to both cases.

Additionally, Plaintiff's counsel has filed a motion to withdraw, and a stay would serve to protect Plaintiff's rights pending the *Virtumundo* appeal, and provide Plaintiff adequate time within which to secure substitute counsel.

Accordingly, there is good cause to stay this litigation to preserve judicial economy as well as the resources of the parties hereto.

**RESPECTFULLY SUBMITTED** this 27th day of August, 2007.

| | |
|---|---|
| DOUGLAS E. MCKINLEY, JR | i.Justice Law, P.C. |
| Attorney at Law | |
| /S/ Douglas E. McKinley, Jr. | /S/ Robert J. Siegel |
| Douglas E. McKinley, Jr., WSBA #20806 | Robert J. Siegel, WSBA #17312 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

MOTION FOR A STAY -2
GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.

i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

**Certificate of Service**

I, hereby, certify that on August 27, 2007, I filed the attached pleading with this Court via approved electronic filing, which will serve all counsel for defendants.

**i.Justice Law, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
/s/ Robert J. Siegel
Attorneys for Plaintiffs.

MOTION FOR A STAY -3
GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.

i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717