Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**<br><br>　　　　　　**Plaintiffs,**<br>　v.<br><br>**APOLLO GROUP, INC. an Arizona corporation; UNIVERSITY OF PHOENIX, INC., an Arizona corporation; and JOHN DOES, I-X,**<br><br>　　　　　　**Defendants,** | **NO.** CV07-0222<br><br>**[PROPOSED]**<br>**ORDER STAYING LITIGATION** |

THE COURT, having considered Plaintiff's Motion For A Stay, and all responsive pleadings filed thereto, and having been otherwise fully apprised, it is **HEREBY ORDERED**

　　　That Plaintiff's Motion is granted, and this case is STAYED pending the decision of the Ninth Circuit Court of Appeals in *Gordon v Virtumundo, et al.*, CV06-0204. Following a

MOTION FOR A STAY -1
GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.

**i.Justice Law, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

decision from the Court of Appeals in *Virtumundo,* any party hereto may move the Court to lift the stay in due course.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Seattle, WA
September __, 2007


**RESPECTFULLY SUBMITTED** this 27th day of August, 2007.


| DOUGLAS E. MCKINLEY, JR | i.Justice Law, P.C. |
|---|---|
| Attorney at Law | |
| /S/ Douglas E. McKinley, Jr. | /S/ Robert J. Siegel |
| Douglas E. McKinley, Jr., WSBA #20806 | Robert J. Siegel, WSBA #17312 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

MOTION FOR A STAY -2
GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.

i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717