Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**<br><br>**Plaintiffs,**<br>v.<br><br>**APOLLO GROUP, INC. an Arizona corporation; UNIVERSITY OF PHOENIX, INC., an Arizona corporation; and JOHN DOES, I-X,**<br><br>**Defendants,** | **NO.** CV07-0222<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE DECLARATIONS UNDER SEAL**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 31, 2007** |

Pursuant to GR 2, the undersigned attorneys of record for Plaintiff herein, for good cause, move the Court for an order permitting their withdrawal as counsel. The facts supporting the good cause are submitted in the declarations of counsel submitted herewith, which, subject to the Court's authorization, are filed under seal.

MOTION FOR LEAVE TO WITHDRAW -1
<u>GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.</u>

i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

RESPECTFULLY SUBMITTED this 22nd day of August, 2007.

| | |
|---|---|
| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR<br>Attorney at Law |
| /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>Attorney for Plaintiffs | /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr., WSBA#20806<br>Attorney for Plaintiffs |

**Certificate of Service**

I, hereby, certify that on August 22, 2007, I filed the subjoined pleading with this Court via approved CMECF electronic filing, that electronically serves the following:
Attorneys for Defendants: Derek A. Newman, Newman & Newman

I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

/s/ Robert J. Siegel
Robert J. Siegel

MOTION FOR LEAVE TO WITHDRAW -2
GORDON v. APOLLO GROUP/U OF PHOENIX, ET AL.

i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717