Omni Innovations LLC et al v. Apollo Group Inc et al
Case 2:07-cv-00222-JCC   Document 11   Filed 09/17/2007   Page 1 of 2
Doc. 11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability Company; and JAMES S. GORDON, JR., a married individual,

Plaintiffs,

v.

APOLLO GROUP, INC., an Arizona corporation, et al.,

Defendants.

CASE NO. C07-0222-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' attorneys' unopposed Motion for Leave to Withdraw as Counsel and to File Declarations Under Seal (Dkt. No. 4), together with sealed declarations of Plaintiffs' counsel, Robert J. Siegel and Douglas E. McKinley, Jr. (Dkt. Nos. 5 & 6), and a Praecipe to the motion to withdraw (Dkt. No. 8).

Having fully considered the papers submitted, the Court hereby GRANTS, in full, the Motion to Withdraw. Mr. Siegel and Mr. McKinley are hereby permitted to withdraw as counsel in this matter. Such

MINUTE ORDER – 1

withdrawal is effective as of Thursday, October 11, 2007. Mr. Siegel and Mr. McKinley are hereby DIRECTED to turn over Plaintiffs' documents and files to Plaintiffs or to the counsel of Plaintiffs' choice and facilitate the transition of the case to new counsel as required by the Rules of Professional Conduct. Furthermore, the declarations of Mr. Siegel (Dkt. No. 5) and Mr. McKinley (Dkt. No. 6) will remain SEALED.

Plaintiff Omni Innovations, LLC, is advised that, as a business entity, it must be represented by a licensed attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal court only through licensed counsel."); *accord United States v. Unimex*, 991 F.2d 546, 549 (9th Cir. 1993) ("Counsel is essential for a corporation at trial because it cannot appear pro se."). Therefore, said Plaintiff must be represented by an attorney and cannot proceed without such representation.

DATED this 17th day of September, 2007.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
         Deputy Clerk

MINUTE ORDER – 2