UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability Company; and JAMES S. GORDON, JR., a married individual,

Plaintiffs,

v.

APOLLO GROUP, INC., an Arizona corporation; UNIVERSITY OF PHOENIX, INC., an Arizona corporation; and JOHN DOES, I-X,

Defendants.

CASE NO. C07-0222-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court has received the Plaintiffs' motion to stay this litigation (Dkt. No. 7) pending Plaintiffs' appeal to the Ninth Circuit Court of Appeals in *Gordon v. Virtumundo*, No. 06-0204, 2007 U.S. Dist. LEXIS 35544 (W.D. Wash. May 15, 2007). Defendants filed no response. Accordingly this case is hereby STAYED and REMOVED from the Court's active caseload. The parties are directed to

//

MINUTE ORDER – 1

1  notify the Court in the event they wish the matter to be reopened.

2      DATED this 17th day of September, 2007.

3                            BRUCE RIFKIN, Clerk of Court

4

5                             By  /s/ C. Ledesma
                               Deputy Clerk

26  MINUTE ORDER – 2